IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KATHY E. HILLIKER,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

        Defendant.

No. 6:16-cv-00827-HZ

JUDGMENT

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is DISMISSED.

DATED this ___ day of _____, 2017.

_____
MARCO A. HERNÁNDEZ
United States District Judge